IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-374C (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Sean M. Dunn, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Sean M. Dunn
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 4046
Washington, D.C. 20530
Phone: (202) 616-0338
Fax: (202) 353-7988
Email: Sean.Dunn@usdoj.gov

Attention: Classification Unit
8th Floor

s/Sean M. Dunn
Sean M. Dunn
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: July 26, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 26th day of July, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn