UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY, | : | CASE NO. 07-374c (Judge Sweeney) |
| Plaintiff, | : | |
| v. | : | |
| THE UNITED STATES, | : | |
| Defendant. | : | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE COURT:

COMES NOW the Plaintiff, American Contractors Indemnity Company, and pursuant to the provisions of Rule 7.1 of the Rules of the United States Court of Federal Claim, respectfully sets forth that American Contractors Indemnity Company is a subsidiary of Surety Associates Holding Co., Inc., which is a wholly owned subsidiary of HCC Insurance Holdings, Inc., which is a publicly traded company.

*[Signature on next page.]*

Respectfully submitted this 4th day of October, 2007.

THOMPSON, SLAGLE & HANNAN, LLC

*/s/DeWitte Thompson*
DeWitte Thompson
Georgia Bar No. 707688
Attorney for Plaintiff

12000 Findley Road
Suite 250
Duluth, GA 30097
Telephone No. (770) 662-5999
Facsimile: No. (770) 447-6063

**CERTIFICATE OF FILING**

I hereby certify that on this 4th day of October, 2007, a copy of the foregoing "PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/DeWitte Thompson

.