UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN CONTRACTORS<br>INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO. 07-374c<br>(Judge Sweeney) |

PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME.

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims, ("RCFC"), Plaintiff, American Contractors Indemnity Company respectfully requests a eighteen (18) day enlargement of time, up to and including October 29, 2007, to respond to Defendant's Motion to Dismiss and in support states as follows:

1.

Plaintiff filed the Complaint against the United States on July 12, 2007.

2.

Defendant filed the Motion to Dismiss (the "Motion") on September 10, 2007, after Sean M. Dunn, Esq. filed a Notice of Appearance on July 26, 2007.

3.

Plaintiff's response to the Motion is due on or before October 11, 2007.

4.

Plaintiff herein requests additional time to respond to the Motion because it needs additional time to locate one or more witnesses whose testimony may be needed to respond to the Motion.

5.

This is Plaintiff's first request for an enlargement of time.

6.

Counsel for Defendant has informed Plaintiff's counsel that Defendant does not oppose the request for an enlargement of time up to and including October 29, 2007.

7.

Plaintiff submits that the enlargement of time for Plaintiff to respond to the Motion is reasonable and that neither party is prejudiced by enlarging time for Plaintiff to respond to the Motion.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant an enlargement of time for Plaintiff to respond to Defendant's Motion to Dismiss up to and including October 29, 2007.

Respectfully submitted this 4th day of October , 2007.

THOMPSON, SLAGLE & HANNAN, LLC

/s DeWitte Thompson
DeWitte Thompson
Georgia Bar No. 707688
Attorney for Plaintiff

12000 Findley Road
Suite 250
Duluth, GA 30097
Telephone No. (770) 662-5999
Facsimile: No. (770) 447-6063

**CERTIFICATE OF FILING**

I hereby certify that on this 4th day of October, 2007, a copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" and proposed "ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/DeWitte Thompson

.