UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN CONTRACTORS<br>INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO. 07-347c<br>(Judge Sweeney) |

**ORDER ENLARGING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

This Court, having considered Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Unopposed Motion to Dismiss up to and including October 29, 2007, Defendant having consented therein, and good cause having been shown, it is therefore,

ORDERED AND ADJUDGED that time for Plaintiff to respond to Defendant's Motion to Dismiss in the above-styled case shall be extended up to and including October 29, 2007.

DONE AND ORDERED this ___ day of ____________, 2007.

______________________________
The Honorable Margaret M. Sweeney