# In the United States Court of Federal Claims

No. 07-374C
(Filed: October 5, 2007)

************************************
AMERICAN CONTRACTORS *
INDEMNITY COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On October 4, 2007, plaintiff filed its Unopposed Motion for an Enlargement of Time, requesting eighteen days for an enlargement of its current deadline, October 11, 2007, to respond to defendant's motion to dismiss. Plaintiff represents that defendant does not oppose the request for enlargement. **Accordingly, the court GRANTS plaintiff's Unopposed Motion for an Enlargement of Time. Plaintiff shall file its response no later than Monday, October 29, 2007.** Defendant shall file its reply within fourteen days after service of the response pursuant to Rule 7.2(c) of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge