**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 07-374C<br>(Judge Sweeney) |

**<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>**

Defendant respectfully requests an enlargement of time of 38 days, to and including December 21, 2007, within which to reply to plaintiff's response to defendant's motion to dismiss. Defendant's reply is currently due on November 13, 2007. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Defendant's counsel of record suffered a broken wrist several weeks ago which has required two surgeries and significant medical leave relating to recovery and medical appointments. The most recent surgery was performed on November 5, 2007 in order to remove several pins from counsel's wrist. Defendant's counsel is commencing physical therapy next week in order to gain strength and mobility in the wrist. Defendant's counsel is also counsel of record in a matter before the United States Court of International Trade, <u>Home Products International, Inc. v. United States</u>, No. 07-00123, in which defendant's response is due on December 13, 2007. Finally, counsel will be traveling out of the country from November 14 through November 26, 2007.

For the foregoing reasons, we respectfully request the Court to grant our motion for an

enlargement of time of 38 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Sean M. Dunn
SEAN DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0883
Fax: (202) 353-7988

Attorneys for Defendant

CHRISTOPHER J. MCCLINTOCK
Office of Litigation
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

Of Counsel

November 9, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 9th day of November, 2007, a copy of the foregoing "Defendant's Unopposed For An Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn