# In the United States Court of Federal Claims

No. 07-374C
(Filed: November 9, 2007)

| | |
|---|---|
| *********************************** | |
| AMERICAN CONTRACTORS INDEMNITY COMPANY, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On November 9, 2007, defendant filed its Unopposed Motion for an Enlargement of Time ("motion"). In its motion, defendant requests an enlargement of thirty-eight (38) days, to and including December 21, 2007, within which to reply to plaintiff's response to defendant's motion to dismiss. Defendant's reply is currently due on November 13, 2007.

Defendant enumerated several reasons for its request for an enlargement, namely counsel's caseload, rehabilitation from surgeries to repair a broken wrist, and international travel commitments. Defendant represents that this is its first request for an enlargement of time and that plaintiff does not oppose its motion. **Accordingly, the court GRANTS defendant's Unopposed Motion for an Enlargement of Time. Defendant shall file its reply no later than Friday, December 21, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge