# In the United States Court of Federal Claims

**No. 07-374 C**

**AMERICAN CONTRACTORS INDEMNITY COMPANY**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed April 29, 2008, granting defendant's motion to dismiss for failure to state a claim upon which relief can be granted,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. No costs.

John S. Buckley
Acting Clerk of Court

April 30, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.