# EXHIBIT 1

American Contractors Indemnity Company®
9841 AIRPORT BLVD., 9 TH FLOOR • LOS ANGELES, CA 90045 (310) 649-0990

Date: 3/31/03

**SURETY RIDER**

**OBLIGEE:**

Steve Ho
3813 N Arnault Rd
Metairie, LA 70002

To be attached to and form a part of Performance/Payment Bond (Type of Bond), No. 160555, Lic. No. ____________

In favor of Steve Ho (Obligee)

On behalf of DiGiovanni Insulation & Refractory, Inc. (Principal)

For valuable consideration, receipt of which is acknowledged, surety hereby gives its consent to change:
the contract/bond amount

FROM: $1,781,850.00 with approved changed order of $240,000.00 with appropriate change order signed,

TO: $2,021,850.00

To be effective March 24, 2003.

Principal

DiGiovanni Insulation & Refractory, Inc.
251 Garden
River Ridge, LA 70123

**AMERICAN CONTRACTORS INDEMNITY COMPANY**

Macharl S. Zwart Attorney-in-Fact

Producer

Martin Insurance
4700 New Orleans Ave
New Orleans, LA 70119

CA431 D99:02

# American Contractors Indemnity Company

№ 8400657

9841 Airport Blvd., 9th Floor, Los Angeles, California 90045

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That American Contractors Indemnity Company of the State of California, a California corporation does hereby appoint,

Machael S. Zwart

Its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business and to bind the Company thereby, in an Amount not to exceed $ 2,500,000.00 . This Power of Attorney shall expire without further action on September 27, 2005.

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of AMERICAN CONTRACTORS INDEMNITY COMPANY at a meeting duly called and held on the 6th day of December, 1990.

*"RESOLVED that the Chief Executive Officer, President or any Vice President, Executive Vice President, Secretary or Assistant Secretary, shall have the power and authority*

1. *To appoint Attorney(s)-in-Fact and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof and,*
2. *To remove, at any time, any such Attorney-in-fact and revoke the authority given.*

*RESOLVED FURTHER, that the signatures of such officers and the seal of the Company may be affixed to any such Power of Attorney or certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the* Company in the future with respect to any bond or undertaking to which it is attached."

IN WITNESS WHEREOF, American Contractors Indemnity Company has caused its seal to be affixed hereto and executed by its President on the 28th day of February, 2003.

AMERICAN CONTRACTORS INDEMNITY COMPANY INCORPORATED SEPT. 26, 1990 CALIFORNIA

AMERICAN CONTRACTORS INDEMNITY COMPANY

By: [signature]
Robert F. Thomas, Chief Executive Officer

STATE OF CALIFORNIA §
COUNTY OF LOS ANGELES §

On this 28th day of February, 2003 before me, Norma J. Virgilio, a notary public, personally appeared Robert F. Thomas, Chief Executive Officer of American Contractors Indemnity Company, to me personally known to be the individual and officer described herein, and acknowledged that he executed the foregoing instrument and affixed the seal of said corporation thereto by authority of his office.

NORMA J. VIRGILIO
Commission # 1322310
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2005

WITNESS my hand and official seal

[signature]
Norma J. Virgilio, Notary

I, JAMES H. FERGUSON, Corporate Secretary of American Contractors Indemnity Company, do hereby certify that the Power of Attorney and the resolution adopted by the Board of Directors of said Company as set forth above, are true and correct transcripts thereof and that neither the said Power of Attorney nor the resolution have been revoked and they are now in full force and effect.

IN WITNESS HEREOF, I have hereunto set my hand this 25th day of May, 200 4 .

[signature]
JAMES H. FERGUSON, Corporate Secretary