**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-374C (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 21 days, to and including June 13, 2008, within which to respond to plaintiff's motion pursuant to Rule 59 of the Rules of the United States Court of Federal Claims. Defendant's response is currently due on May 23, 2008. This is our first request for an enlargement of time for this purpose. Government counsel left a voicemail for plaintiff's counsel on or about May 15, 2008 requesting the enlargement, but plaintiff's counsel has not responded.

Counsel is currently working on several matters, which have required counsel's attention and make this request necessary. These matters include (1) EOD Tech. v. United States, No. 08-283C (Fed. Cl.), a bid protest proceeding before the Court of Federal Claims; (2) City Line Joint Venture v. United States, No. 96-738 (Fed. Cl.), in which the Government's reply brief is due on May 23, 2008; (3) Engler v. Department of the Navy, No. 2008-3175 (Fed. Cir.), in which the Government's informal brief is due on May 27, 2008; (4) Foster v. Department of Defense, No. 2007-3264 (Fed. Cir.), in which the Federal Circuit has scheduled oral argument for June 4, 2008; and (5) IBA Molecular North America, Inc. v. United States, No. 08-263C (Fed. Cl.), in which the Government's answer is due on June 9, 2008.

For the foregoing reasons, we respectfully request the Court to grant our motion for an enlargement of time of 21 days.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald Kinner
DONALD KINNER
Assistant Director

s/Sean M. Dunn
SEAN DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0883
Fax: (202) 353-7988

Attorneys for Defendant

May 16, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 12th day of May 2008, a copy of the foregoing "Defendant's Motion For An Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn