# In the United States Court of Federal Claims

No. 07-374 C
(Filed: May 19, 2008)

| | |
|---|---|
| *********************************** | |
| AMERICAN CONTRACTORS | * |
| INDEMNITY COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On May 16, 2008, defendant filed a Motion For an Enlargement of Time ("motion"). In its motion, defendant requests an enlargement of time of twenty-one (21) days, to and including June 13, 2008, within which to respond to plaintiff's RCFC 59 motion. Defendant's response is currently due on May 23, 2008. Defendant states that this is its first request for an enlargement of time for this purpose. Additionally, defendant represents that its counsel contacted plaintiff's counsel via voicemail on or about May 15, 2008; however, defendant's counsel did not receive a response from plaintiffs prior to the filing of its motion. A response from plaintiff regarding the instant motion is not necessary at this time.

Defendant cites its counsel's commitments on five pending matters before this court and the United States Court of Appeals for the Federal Circuit as the reason an enlargement is necessary. The court determines that defendant's request is not unreasonable. **Accordingly, defendant's motion is GRANTED. Defendant shall file a response to plaintiff's RCFC 59 motion by no later than Friday, June 13, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge