# In the United States Court of Federal Claims

No. 07-374 C
(Filed: June 17, 2008)

***********************************
AMERICAN CONTRACTORS *
INDEMNITY COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On June 16, 2008, defendant filed its Response to Plaintiff's RCFC 59 Motion. If plaintiff desires to reply to defendant's response, then it shall do so by no later than **Tuesday, July 1, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge